UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JOHN ELUFORD CHIVALIER, | |
| Plaintiff, | Case No. 3:17-cv-00039-RLY-MPB |
| v. | Honorable Judge Richard L. Young |
| REGENT UNIVERSITY, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, JOHN ELUFORD CHIVALIER ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., and, in support of his Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a) (1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, REGENT UNIVERSITY, with prejudice. Each party shall bear its own costs and attorney fees.

Dated: April 17, 2017

Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181 x113
Fax: (630)575-8188
nvolheim@sulaimanlaw.com